The People of the State of Illinois, Plaintiff-Appellee, *v.* Clifton T. Shinn, Defendant-Appellant.

(No. 70-128; ▮▮▮▮▮▮▮▮▮▮▮▮▮

Third District—September 27, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE ALLOY.

Samuel J. Naylor, of Carthage, for appellant.

Max B. Stewart, State's Attorney, of Carthage, for the People.